## JAMES FULTON *versus* SAMUEL C. LASHLEY

JOURNAL ENTRIES (1819–21): *Journal 2:* (1) Rule to bring body *p. 666. *Journal 3:* (2) Non pros., judgment *p. 160; (3) discontinued *p. 221.

PAPERS IN FILE: (1) Precipe for process, affidavit for attachment; (2) capias and return; (3) writ of attachment and return; (4) declaration.

*Office Docket*, MS p. 70, cases 1 and [2]. Recorded in *Book A*, MS pp. 172–76.

## OLIVER W. MILLER *versus* ELIJAH WARNER

JOURNAL ENTRIES (1819–21): *Journal 2:* (1) Alias ordered, continued *p. 666. *Journal 3:* (2) Rule to bring body *p. 63; (3) rule to bring body *p. 87; (4) rule to enter special bail *p. 209; (5) rule for default judgment *p. 220; (6) rule on clerk to assess damages, judgment *p. 241.

PAPERS IN FILE: (1–2) Precipes for capias; (3) capias and return; (4) bail bond; (5) declaration; (6) precipe to tax attorney's fees; (7) promissory note and agreement.

*Office Docket*, MS p. 75, c. 8; p. 131, c. 45. Recorded in *Book A*, MS pp. 260–65.